**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MORRIS JERMAINE THOMAS,** | * | |
| **# 262097,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CIVIL ACTION NO. 20-00300-KD-B** |
| **vs.** | * | |
| | * | |
| **CYNTHIA D. STEWART,** | * | |
| | * | |
| **Defendant.** | * | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 2, 2022 (Doc. 18) is **ADOPTED** as the opinion of this Court.

Accordingly, Defendant's motion for summary judgment (Doc. 11) is **GRANTED**. Plaintiff's claims are **DISMISSED with prejudice,** and this action is dismissed in its entirety.

**DONE** this the 3rd day of March 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE