IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MORRIS JERMAINE THOMAS, # 262097, | * * * |
| Plaintiff, | * * |
| vs. | CIVIL ACTION NO. 20-00300-KD-B * * |
| CYNTHIA D. STEWART, | * * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's claims are **DISMISSED with prejudice,** and this action is dismissed in its entirety.

**DONE** this the 3rd day of March 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE